**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:22-cv-217-MOC-DCK**

| | | |
|---|---|---|
| JESSICA A. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| AMERICAN & EFIRD, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on an Unopposed Motion to Set Aside Default and for Leave to File Responsive Pleadings, filed by Defendant American & Efird, LLC. (Doc. No. 9). Plaintiff does not oppose the motion.

The Court "may set aside a clerk's entry of default upon a showing of "good cause." FED. R. CIV. P. 55(c). Rule 55(c) must be "liberally construed in order to provide relief from the onerous consequences of defaults and default judgments." Lolatchy v. Arthur Murray, Inc., 816 F.2d 951, 954 (4th Cir. 1987) (quoting Tolson v. Hodge, 411 F.2d 123, 130 (4th Cir. 1969)). "Any doubts about whether relief should be granted should be resolved in favor of setting aside the default so that the case may be heard on the merits." Tolson, 411 F.2d at 130. The Court finds that Defendant has shown good cause to set aside the entry of default in this case. Therefore, the motion will be granted.

**IT IS, THEREFORE, ORDERED** that:

1. Defendant's Unopposed Motion to Set Aside Default and for Leave to File Responsive Pleadings, (Doc. No. 9), is **GRANTED**.

1

2. Defendant shall have 14 days from the entry of this Order in which to file a responsive pleading.

Signed: July 26, 2022

Max O. Cogburn Jr.
United States District Judge